# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

Edward Kodle Stout II  
Brenda Kay Stout

:     Case No. 16-51115  
:  
:     Chapter 13  
:     Judge Hoffman

    Debtors

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now come the Debtors, Edward and Brenda Stout, through counsel, who respectfully notifies the Court that Brenda Stout ONLY has moved and that HER new address is as follows:

315 N. Murray Hill Rd.  
Columbus OH 43228

/s/ James E. Nobile  
James E. Nobile (0059705)  
**Nobile & Thompson Co., LPA**  
4876 Cemetery Road  
Hilliard, OH 43026  
(614) 529-8600  
(614) 529-8656  
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile  
James E. Nobile (0059705)  
**Nobile & Thompson Co., LPA**